1 THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
2 *A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
3 San Rafael, CA   94903
Telephone:     415/674-8600
4 Facsimile:      415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiff ,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PEOPLE'S CAFÉ INC., a California Corporation dba PEOPLE'S CAFÉ; BEN NG, Trustee of the BEN NG and SHIRLEY L. NG 1992 REVOCABLE TRUST - EXEMPTION TRUST, dated December 29, 2006; BEN NG, Trustee of the BEN NG and SHIRLEY L. NG 1992 REVOCABLE TRUST - MARITAL TRUST, dated December 29, 2006; and BEN NG, Trustee of the BEN NG and SHIRLEY L. NG 1992 REVOCABLE TRUST - SURVIVOR'S TRUST, dated December 29, 2006,<br><br>　　　　Defendants. | **CASE NO. CV-13-3080-CRB**<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT PEOPLE'S CAFÉ INC.. a California Corporation dba PEOPLE'S CAFÉ AND ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of defendant PEOPLE'S CAFÉ INC., a California Corporation dba PEOPLE'S CAFÉ with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.

STIPULATION OF DISMISSAL of DEFENDANT PEOPLE'S CAFÉ INC., a California Corporation
dba PEOPLE'S CAFÉ  AND [PROPOSED] ORDER THEREON          CASE NO.  **CV-13-3080-CRB**

1  The parties further consent to and request that the Court retain jurisdiction over enforcement of
2  the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the
3  district courts to retain jurisdiction over enforcement of settlement agreements).
4      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
5  their designated counsel that Defendant PEOPLE'S CAFÉ INC., a California Corporation dba
6  PEOPLE'S CAFÉ become and hereby is dismissed with prejudice pursuant to Federal Rules of
7  Civil Procedure 41(a)(2).
8      This stipulation may be executed in counterparts, all of which together shall constitute
9  one original document.

Dated: December 4, 2013        THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
        Thomas E. Frankovich
Attorney for IRMA RAMIREZ; and DAREN HEATHERLY

Dated: December  , 2013        LAW OFFICES OF DAVIS M. ZEFF

By:
        David M. Zeff
Attorneys for Defendant PEOPLE'S CAFÉ INC., a California Corporation dba PEOPLE'S CAFÉ

1 **ORDER**

2   IT IS HEREBY ORDERED that Defendant PEOPLE'S CAFÉ INC., a California

3 Corporation dba PEOPLE'S CAFÉ is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

4 IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing

5 the parties' Settlement Agreement and General Release should such enforcement be necessary

6 Dated: December 6, 2013

7

8   _____
    Honorable Judge Charles R. Breyer
    UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL of DEFENDANT PEOPLE'S CAFÉ INC., a California Corporation
dba PEOPLE'S CAFÉ AND [PROPOSED] ORDER THEREON     CASE NO.  **CV-13-3080-CRB**

-3-