1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900
   tfrankovich@disabilitieslaw.com
5
   Attorney For Plaintiffs ,
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 IRma RAMIREZ; and DAREN      )   **CASE NO. CV-13-3080-CRB**
   HEATHERLY                    )
11                              )
                                )
12         Plaintiffs,          )   **STIPULATION OF DISMISSAL AND**
                                )   **ORDER THEREON**
13 v.                           )
                                )
14 PEOPLE'S CAFÉ INC., a California )
   Corporation dba PEOPLE'S CAFÉ; BEN )
15 NG, Trustee of the BEN NG and SHIRLEY )
   L. NG 1992 REVOCABLE TRUST - )
16 EXEMPTION TRUST, dated December )
   29, 2006; BEN NG, Trustee of the BEN )
17 NG and SHIRLEY L. NG 1992    )
   REVOCABLE TRUST - MARITAL    )
18 TRUST, dated December 29, 2006; and )
   BEN NG, Trustee of the BEN NG and )
19 SHIRLEY L. NG 1992 REVOCABLE )
   TRUST - SURVIVOR'S TRUST, dated )
20 December 29, 2006,           )
                                )
21         Defendants.          )
                                )
22 _____

23
       The parties, by and through their respective counsel, stipulate to dismissal of this action
24
   in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the
25
   Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own
26
   costs and attorneys' fees.  The parties further consent to and request that the Court retain
27
   jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO.  **CV-13-3080-CRB**

U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

    This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: June 2, 2014                      THOMAS E. FRANKOVICH
                                              *A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
      Thomas E. Frankovich
Attorney For Plaintiffs, IRMA RAMIREZ; and DAREN HEATHERLY


Dated: June 2, 2014                      LAW OFFICES OF GREG GROENEVELD

                                                                           As authorized
By: */s/ Greg Groeneveld*
      Greg Groeneveld
Attorney for Defendants BEN NG, Trustee of the BEN NG and SHIRLEY L. NG 1992 REVOCABLE TRUST - EXEMPTION TRUST, dated December 29, 2006; BEN NG, Trustee of the BEN NG and SHIRLEY L. NG 1992 REVOCABLE TRUST - MARITAL TRUST, dated December 29, 2006; and BEN NG, Trustee of the BEN NG and SHIRLEY L. NG 1992 REVOCABLE TRUST - SURVIVOR'S TRUST, dated December 29, 2006.

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated:""Lwpg"5, 2014



_____
Honorable
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON            CASE NO. **CV-13-3080-CRB**

-3-